UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA, et al.,,<br><br>　　　　Defendants. | No.  1:23-cv-00946-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 6) |

　　　Plaintiff David Allen is a civil detainee proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

　　　In the instant action, Plaintiff filed an application to proceed in forma pauperis. (ECF No. 6.) Examination of the application reveals that Plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated:   **July 17, 2023**

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1