UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN,<br><br>         Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,,<br><br>         Defendants. | No.  1:23-cv-00946-SAB (PC)<br><br>ORDER DISCHARING ORDER TO SHOW CAUSE AND GRANTING PLAINTIFF THIRTY DAYS TO FILE AN AMENDED COMPLAINT<br><br>(ECF Nos. 11, 12) |

Plaintiff David Allen is a civil detainee proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 27, 2024, the Court screened Plaintiff's complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint.  (ECF No. 10.)  However, Plaintiff has failed to file an amended complaint or otherwise responded to the Court's February 27, 2024 order.  Therefore, on April 8, 2024, the Court ordered Plaintiff to show cause why the action should not be dismissed.  (ECF No. 11.)  Plaintiff filed a response on April 25, 2024, wherein he states that his unit was placed on quarantine and he is without his legal property.  (Id.)  On the basis of good cause, the Court will discharge the order to show cause and grant Plaintiff thirty days to file an amended complaint.

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. The Court's April 8, 2024 order to show cause is DISCHARGED;
2. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint; and
3. Failure to comply with this order will result in a recommendation to dismiss the action for failure to state a cognizable claim for relief, failure to prosecute, and failure to comply with a court order.

IT IS SO ORDERED.

Dated:  **April 26, 2024**

_____
UNITED STATES MAGISTRATE JUDGE